IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED ... D.C.
05 MAY -5 AM 11:52

ROBERT ... TROLO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

HELEN M. STARNES,

    Plaintiff,

v.                                                                 No. 01-2804 B

SEARS, ROEBUCK & COMPANY,
JONES LANG LaSALLE AMERICAS, INC.,
d/b/a JONES LANG LaSALLE, INC., VALOR
SECURITY SERVICES, INC., and OTHER
UNKNOWN PARTIES HAVING AN OWNERSHIP
INTEREST and/or RESPONSIBILITY FOR
SECURITY AT SOUTHLAND MALL,

    Defendants.

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM FOR CONTINUANCE OF TRIAL DATE

---

It appearing to the Court that the Plaintiff's motion is well taken, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the motion is granted and that the trial in this matter, currently set for May 23, 2005, be continued.

**IT IS SO ORDERED** this 4th day of May, 2005.

_____
Judge J. Daniel Breen

T:\HaysL\Starnes\Pleadings\Order Continuance.doc

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-5-05

127



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:01-CV-02804 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Mark W. Raines
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Steven M. Markowitz
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT