IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 21  PM 3: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

HELEN M. STARNES,

    Plaintiff,

v.

No. 01-2804-B

SEARS, ROEBUCK & COMPANY,
JONES LANG LaSALLE AMERICAS, INC.,
d/b/a JONES LANG LaSALLE, INC., VALOR
SECURITY SERVICES, INC., and OTHER
UNKNOWN PARTIES HAVING AN OWNERSHIP
INTEREST and/or RESPONSIBILITY FOR
SECURITY AT SOUTHLAND MALL,

    Defendants.

## AMENDED SCHEDULING ORDER

Pursuant to the status conference conducted on May 23, 2005, the following dates were established:

**PRETRIAL ORDER:** August 25, 2005

**PRETRIAL CONFERENCE:** September 1, 2005, at 9:00 a.m.

**JURY TRIAL:** September 12, 2005, at 9:30 a.m.

IT IS SO ORDERED this 21st day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-21-05

130

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 130 in case 2:01-CV-02804 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Mark W. Raines
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT