IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

HELEN M. STARNES

    Plaintiff,

v.                                             NO.   01-2804 BA

SEARS, ROEBUCK AND CO.,
JONES LANG LASALLE AMERICAS, INC.
d/b/a JONES LANG LASALLE, INC., and
OTHER UNKNOWN PARTIES HAVING AN
OWNERSHIP INTEREST and/or
RESPONSIBILITY FOR SECURITY AT
SOUTHLAND MALL,

    Defendants.

## ORDER GRANTING MOTION FOR CONTINUANCE

This cause came on to be heard upon Motion of Valor Security Services, Inc., it appearing to the Court that there is no opposition to the Motion for Continuance and that good cause has been shown, the Court is of the opinion that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, JUDGED AND DECREED that the Motion is hereby granted and that the trial of this matter currently scheduled for September 12, 2005, be continued.

IT IS SO ORDERED, this 30th day of August, 2005.

J. Daniel Breen
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 2:01-CV-02804 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Mark W. Raines
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT