FILED BY ___ D.C.
05 SEP -6 AM 11: 12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HELEN M. STARNES,

Plaintiff,

v. No. 01-2804-B/An

SEARS, ROEBUCK & COMPANY,
JONES LANG LaSALLE AMERICAS, INC.,
d/b/a JONES LANG LaSALLE, INC., VALOR
SECURITY SERVICES, INC., and OTHER
UNKNOWN PARTIES HAVING AN OWNERSHIP
INTEREST and/or RESPONSIBILITY FOR
SECURITY AT SOUTHLAND MALL,

Defendants.

ORDER OF REFERENCE

The above action is hereby referred to the Honorable S. Thomas Anderson, U.S. Magistrate Judge, for the purpose of conducting a settlement conference .

**IT IS SO ORDERED**.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

September 2, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-6-05

146

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 2:01-CV-02804 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Mark W. Raines
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT