IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY _____ D.C.
05 SEP -7 PM 5: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

HELEN M. STARNES,

    Plaintiff,

v.                                                     No. 01-2804 B

SEARS, ROEBUCK & COMPANY,
JONES LANG LaSALLE AMERICAS, INC.,
d/b/a JONES LANG LaSALLE, INC., VALOR
SECURITY SERVICES, INC., and OTHER
UNKNOWN PARTIES HAVING AN OWNERSHIP
INTEREST and/or RESPONSIBILITY FOR
SECURITY AT SOUTHLAND MALL,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO REPSOND TO MOTION TO PRECLUDE AND EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT, MR. WILLIAM E. HUDSON

It appearing to the Court that the Plaintiff's motion is well taken, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the motion is granted and that Plaintiff shall have through and until September 15, 2005, to respond to the Motion to Preclude and Exclude Testimony of Plaintiff's Expert, Mr. William E. Hudson.

**IT IS SO ORDERED** this 7th day of September, 2005.

                                                        Judge J. Daniel Breen

T:\HaysL\Starnes\Pleadings\Order Additional Time.doc

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 150 in case 2:01-CV-02804 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Mark W. Raines
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT