IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| HELEN M. STARNES, | ) |
| Plaintiff, | ) |
| vs. | ) No.    01-2804 B/A |
| SEARS, ROEBUCK & CO., et al., | ) |
| Defendants. | ) |

## ORDER SETTING SHOW CAUSE HEARING

On September 6, 2005, United States Magistrate Judge J. Daniel Breen referred this matter to the United States Magistrate Judge for a Settlement Conference. A Settlement Conference was held on October 6, 2005 at 10:00 A.M.. During the Conference, it was disclosed that the Defendant, Sears, Roebuck & Co., was a party to an indemnity agreement and that the indemnitor failed to send a representative to the Settlement Conference who possessed full settlement authority in violation of the Setting Letter sent to all parties on September 7, 2005.

**IT IS THEREFORE ORDERED** that a Show Cause Hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, OCTOBER 13, 2005 at 1:30 P.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. The Defendant, Sears, Roebuck & Co., counsel for the Defendant, Sears, Roebuck & Co., and the indemnitor, AIG, shall appear and show cause why sanctions should not be imposed for their

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05

failure to comply with the Setting Latter dated September 7, 2005.

    **IT IS SO ORDERED.**

*[signature]*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

October 6, 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 153 in case 2:01-CV-02804 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Mark W. Raines
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT