IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT -7 AM 9: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| HELEN M. STARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   01-2804 B/A |
| | ) | |
| SEARS, ROEBUCK & CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER CONTINUING SETTLEMENT CONFERENCE

On September 6, 2005, United States Magistrate Judge J. Daniel Breen referred this matter to the United States Magistrate Judge for a Settlement Conference. A Settlement Conference was held on October 6, 2005 at 10:00 A.M.. Because the indemnitor for the Defendant, Sears, Roebuck & Co., did not send a representative with full settlement authority as required by the Setting Letter dated September 7, 2005, it is **ORDERED** that the Settlement Conference reconvene before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, OCTOBER 13, 2005** at **1:30 P.M.** in Courtroom M-3, 9th Floor, United States Courthouse and Federal Building, 167 North Main, Memphis, Tennessee.

The lead attorney who will try the case for each party shall appear, and it is expected that counsel will be fully authorized to accomplish settlement of this case and prepared to engage in effective settlement negotiations. In addition, the parties, or representatives of corporate parties, **WITH FULL SETTLEMENT AUTHORITY**, must be present in person at the conference. If any part of the potential liability of a party is insured, or subject to indemnity, a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits, must be present

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05

in person at the conference.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

_October 6, 2005_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 154 in case 2:01-CV-02804 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Mark W. Raines
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Robert A. Cox
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Steven M. Markowitz
LAW OFFICE OF STEVEN M. MARKOWITZ
45 S. Idlewild
Ste. 509
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT